IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-6-1BO

UNITED STATES OF AMERICA :
:
v. :
:
BRANDON MONQUEE WILLIAMS :

FILED IN OPEN COURT
ON 10/25/2016
Julia Richards Johnston, Clerk
US District Court
Eastern District of NC

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on July 18, 2016, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm and related ammunition used in knowing violations of 18 U.S.C. §§ 922(g)(1) and 924, to wit: (a) an Arminious, Model Titan Tiger, .38 caliber revolver, obliterated serial number, and (b) any and all accompanying ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant Brandon Monquee Williams, the United States is hereby

1

authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 25 day of October 2016.

TERRENCE W. BOYLE
United States District Judge

2